IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEANNIE MARTIN, )
)
      Plaintiff, )
)
   v. )      Civil Action No.1:08CV202-SRW
)          (WO)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is

REVERSED and this action is REMANDED to the Commissioner for further proceedings.[1]

Done, this 26th day of February, 2010.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] In the event plaintiff is awarded benefits on remand, plaintiff shall have ninety (90) days after plaintiff receives notice of the amount of any award of past due benefits to seek fees from this court pursuant to 42 U.S.C. § 406(b).